**HALL & EVANS, LLC**
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022
nvefile@hallevans.com
*Attorneys for SAM'S WEST, INC.*
*dba SAM'S CLUB STORE #6257*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

MARILYN KENDRICK,

Plaintiff,

v.

SAM'S WEST, INC. dba SAM'S CLUB STORE #6257; DOES 1 through 10; and ROE CORPORATIONS 1 through 10, inclusive,

Defendant.

CASE NO.: 2:23-cv-02118-GMN-EJY

**STIPULATION AND ORDER TO EXTEND DISCOVERY PLAN AND SCHEDULING ORDER (SECOND REQUEST)**

Plaintiff, MARILYN KENDRICK ("Plaintiff"), and Defendant, SAM'S WEST, INC. dba SAM'S CLUB STORE #6257 ("Defendant"), by and through their respective attorneys of record, hereby submit this Stipulation and Order to Extend Discovery Deadlines (Second Request) for the Court's consideration pursuant to LR 26-4.

## I. DISCOVERY COMPLETED

1. On November 17, 2023, Plaintiff filed her Complaint.
2. On December 21, 2023, Defendant filed its Answer to Plaintiff's Complaint.
3. On December 22, 2023, Defendant removed the case to the U.S. District Court.
4. On February 21, 2024, Plaintiff served her initial FRCP disclosures.
5. On February 26, 2024, Defendant served its initial FRCP disclosures.
6. On May 2, 2024, Plaintiff served her first supplemental FRCP disclosures.
7. On June 25, 2024, a Site Inspection was completed.

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

8. On July 2, 2024, Plaintiff served her first Request for Interrogatories.

9. On July 2, 2024, Plaintiff served her first Request for Production.

10. On July 2, 2024, Plaintiff served her first Request for Admissions.

11. On July 3, Defendant served its First Request for Admissions.

12. On July 3, 2024, Defendant served its First Request for Production.

13. On July 3, 2024, Defendant served its First Set of Interrogatories.

14. On July 16, 2024, Plaintiff served her Responses to Requests for Admissions.

## II. DISCOVERY REMAINING

1. Deposition of Plaintiff, scheduled for August 29, 2024.
2. Deposition of Sam's West, Inc. pursuant to FRCP 30(b)(6).
3. Expert discovery and depositions.
4. Depositions of Plaintiff's treating providers.
5. Depositions of percipient witnesses.

## III. Reasons Why Discovery Not Completed Within the Time Set by Discovery Plan

Good cause exists in this case to grant a discovery extension. Although this is the parties' second request for an extension of the discovery deadlines in this matter, the parties have diligently worked to move the case forward and have been working toward early settlement. To that end, the parties are scheduled for private mediation conference with Honorable Trevor Atkin (Ret.) on September 12, 2024, and wish to continue expert discovery and associated costs until after the mediation date. Additionally, Defendant's representation in this matter is transferring to new defense counsel and a brief extension of time is needed for new defense counsel to prepare for expert discovery. Thus, the parties request that current discovery deadlines be extended by 60 days as detailed below to allow time for new counsel to assume the representation of Defendant and to allow time for the parties to attempt resolution through private mediation.

LR 26-3 governs modifications or extension of the Discovery Plan and Scheduling Order. Any stipulation or motion to extend or modify that Discovery Plan and Scheduling Order must be made no later than twenty-one (21) days before the expiration of the subject deadline and must comply fully with LR 26-3. This stipulation is made more than 21 days before the

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

e xpiration of the deadlines requested and is the second request for extension of time in this matter. The parties respectfully submit that the reasons set forth above constitute compelling reasons for the short extension.

**IV. PROPOSED SCHEDULE FOR COMPLETING REMAINING DISCOVERY**

| **DISCOVERY** | **CURRENT DEADLINE** | ~~**PROPOSED**~~ **DEADLINE** |
|---|---|---|
| Add Parties and Amend Pleadings | CLOSED | **CLOSED** |
| Initial Expert Disclosure | August 26, 2024 | **October 25, 2024** |
| Rebuttal Expert Disclosure | September 26, 2024 | **November 25, 2024** |
| Close of Discovery | October 24, 2024 | **December 23, 2024** |
| Dispositive Motions | November 22, 2024 | **January 21, 2025** |
| Joint Pretrial Order | December 23, 2024 | **February 25, 2025** |

...

...

...

...

...

...

...

...

...

...

...

...

...

...

...

...

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

## V. CURRENT TRIAL DATE

No trial date has been set in this matter. This Stipulation is not made for purposes of undue delay of discovery or trial in this matter but is submitted in the interest of realizing a trial on the merits.

DATED this 5th day of August, 2024.

REMMEL LAW FIRM

_/s/ Johnathan T. Remmel_______
JONATHAN T. REMMEL, ESQ.
Nevada Bar #8627
804 South Jones Boulevard
Las Vegas, Nevada 89107
Telephone: (702) 522-7707
*Attorney for Plaintiff*

DATED this 5th day of August, 2024.

HALL & EVANS, LLC

_/s/ Kurt R. Bonds__
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 998-1022
*Attorneys for Defendant*

**ORDER**

**IT IS SO ORDERED:**

______________________________
**UNITED STATES MAGISTRATE JUDGE**

**Date: August 5, 2024**

Submitted by:
HALL & EVANS, LLC

_/s/ Kurt R. Bonds__
______________________________
KURT R. BONDS, ESQ.
Nevada Bar No. 6228
TANYA M. FRASER, ESQ.
Nevada Bar No. 13872
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 998-1022
*Attorneys for Defendant*

HALL & EVANS, LLC
1160 North Town Center Drive
Suite 330
Las Vegas, Nevada 89144
(702) 998-1022