**SAO**
JASON M. PECK, ESQ.
Nevada Bar No. 10183
RAYMOND E. McKAY, ESQ.
Nevada Bar No.: 8569
LAW OFFICES OF FOULGER & PECK
Mailing Address: P.O. Box 7218
London, KY 40742
Physical Address: 7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
702-228-3176
866-221-6108 Fax
Email:  LVcalendaring@LibertyMutual.com
Attorneys for Defendant
SAM'S WEST, INC. dba SAM'S CLUB STORE #6257

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARILYN KENDRICK MARILYN KENDRICK,<br><br>          Plaintiff,<br><br>vs.<br><br>SAM'S WEST, INC. dba SAM'S CLUB STORE #6257; P&P PROPERTY SERVICES, LLC dba COMMERCIAL & RESIDENTIAL SERVICES NEVADA; PATHWAYS NATIONAL PAVING ASSOCIATES, INC. dba PNPA; DOES 1 through 10; and ROE CORPORATIONS 3 through 10, inclusive,<br><br>          Defendants. | Case No.:       2:23-cv-02118-GMN-EJY |

## STIPULATION AND ORDER TO DISMISS ALL DEFENDANTS

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through

/ / /

/ / /

/ / /

counsel undersigned, that all Plaintiff's claims against all Defendants be dismissed with prejudice and that

the Order be entered accordingly.  Each party to bear their own attorneys' fees and costs.

Dated this 6th day of May 2025.                    Dated this 6th day of May 2025.


LAW OFFICES OF FOULGER & PECK          REMMEL LAW FIRM

　　/s/ Raymond E. McKay                       /s/ Jonathan T. Remmel
By_____            By _____
RAYMOND E. MCKAY, ESQ.                 JONATHAN T. REMMEL, ESQ.
Nevada Bar No. 8569                    Nevada Bar No 8627
P.O. Box 7218                          804 South Jones Boulevard
London, KY 40742                       Las Vegas, NV 89107
Attorney for Defendant                 Attorney for Plaintiff
SAM'S WEST, INC. dba SAM'S CLUB STORE  Marilyn Kendrick
#6257


**ORDER**

Pursuant to the foregoing Stipulation, and good cause showing therefore:

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that all of the Plaintiff's claims

against all of the Defendants be dismissed with prejudice, all parties to bear their own attorneys' fees and

costs.

Dated this __8__ day of May, 2025.


_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Submitted by:

LAW OFFICES OF FOULGER & PECK

 */s/ Raymond E. McKay*
By_____
RAYMOND E. MCKAY, ESQ.
Nevada Bar No. 8569
P.O. Box 7218
London, KY 40742
Attorney for Defendant
SAM'S WEST, INC. dba SAM'S CLUB STORE #6257

**From:**     Mckay, Raymond
**To:**       Mosel, Glizen-Joy
**Subject:**  FW: Claim No. 242051130001 - Marily Kendrick (Settlement Check Status Request)
**Date:**     Tuesday, May 6, 2025 10:36:14 AM

---

**From:** Jon Remmel <jremmel@remmellaw.com>
**Sent:** Thursday, May 1, 2025 3:55 PM
**To:** Mckay, Raymond <Raymond.Mckay@LibertyMutual.com>; Benke, Courtney
<Courtney.Benke@LibertyMutual.com>
**Cc:** Megan Wessel <mwessel@messner.com>; Fraser, Tanya M. <frasert@hallevans.com>; Emma
Powell <emma@remmellaw.com>
**Subject:** {EXTERNAL} RE: Claim No. 242051130001 - Marily Kendrick (Settlement Check Status
Request)

Ray, you have my authority to e-sign the SAO to dismiss the case w prejudice, each party to
bear its own costs/fees. Thanks, Jon

---

**From:** Mckay, Raymond <Raymond.Mckay@LibertyMutual.com>
**Sent:** Wednesday, April 9, 2025 2:28 PM
**To:** Jon Remmel <jremmel@remmellaw.com>; Benke, Courtney
<Courtney.Benke@LibertyMutual.com>
**Cc:** Megan Wessel <mwessel@messner.com>
**Subject:** RE: Claim No. 242051130001 - Marily Kendrick (Settlement Check Status Request)

Jon:  Just to confirm, you received both checks?  Are we good with submitting the stipulation
and order to dismiss with prejudice?  I've attached the SAO for your review.  Can I add your
electronic signature?
**Raymond E. McKay, Esq.**
Attorney
Law Office of Foulger & Peck
Employees of Liberty Mutual Group, Inc.
***For scheduling, please contact my assistant at: (415) 537-2520***
Office Telephone Number: (702) 228-3176
Direct Telephone Number:  (702) 284-5919
Cell Phone:  (702) 289-9624
E-mail address:  raymond.mckay@libertymutual.com
-
Physical Office Address
7251 West Lake Mead Boulevard, Suite 250
Las Vegas. Nevada  89128
-
Office Mailing Address
Law Office of Foulger & Peck
P.O. Box 7218, London, KY  40742